# Third District Court of Appeal

**State of Florida**


Opinion filed June 15, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-824
Lower Tribunal No. 89-6716
_____


**Donald A. Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina M. Miranda, Judge.

Donald A. Williams, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before SUAREZ, C.J., and WELLS and SALTER, JJ.

SUAREZ, C.J.

Following review of Donald A. Williams' appeal of the denial of his 3.800 motion to correct illegal sentence, it is ordered that said appeal is successive and is hereby affirmed.

ORDER TO SHOW CAUSE

Furthermore, as it appears that Mr. Williams has submitted multiple pro se post-conviction appeals in connection with his sentence in circuit court case numbers F89-6716, F88-25515 and F88-25518,[1] we order Mr. Williams to show good cause within thirty (30) days why he should not be prohibited from filing with this Court any further pro se appeals, petitions, motions or other proceedings related to his criminal sentencing in those circuit court cases.

We note that in Williams v. State, 106 So. 3d 964 (Fla. 3d DCA 2013) this Court issued an Order precluding Mr. Williams from filing any further pro se appeals, pleadings, motions, petitions or other papers relating to his conviction in lower tribunal case number 02-37491(B). We further note that Mr. Williams had filed 13 pro se appeals in connection with that lower tribunal number and that his appeals relating to the case numbers pertinent to this matter appear to have commenced shortly after this Court issued its Order relating to his other case number.

---

[1] Post-conviction appeals filed by the defendant relating to circuit court case numbers F89-6716, F88-25515 and F88-25518 include, but are not limited to: Williams v. State, No. 3D15-2203, 2015 WL 10382398 (Fla. 3d DCA Oct. 1, 2015); Williams v. State, No. 3D15-1910, 2015 WL 5475497 (Fla. 3d DCA Aug. 27, 2015); Williams v State, No. 3D15-960, 2015 WL 3506560 (Fla. 3d DCA May, 6, 2015); Williams v. State, 163 So. 3d 541 (Fla. 3d DCA 2015); Williams v. State, 162 So. 3d 1024 (Fla. 3d DCA 2014); Williams v. State, 158 So. 3d 594 (Fla. 3d DCA 2014); and Williams v. State, 156 So. 3d 1100 (Fla. 3d DCA 2014).

We must balance Mr. Williams' pro se right of access to courts with the Court's need to devote its finite resources to legitimate appeals, recognizing the seriousness of the sanction when the litigant is a criminal defendant. State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999). After this order to show cause and giving Mr. Williams an opportunity to respond, this Court may prevent such further filings. See id. Finally, we hereby notify Mr. Williams that if he fails to show adequate cause to prevent the issuance of such an order, we will direct the Clerk to forward a certified copy of this Court's opinion to the Department of Corrections for consideration by that institution of disciplinary measures against Mr. Williams pursuant to sections 944.279(1) and 944.28(2)(a), Florida Statutes (2007).

Affirmed.